UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/1/2022
```

------------------------------------------------------------------ X
                                      :

CRISTIAN SANCHEZ, *Individually, and On Behalf of All* :
*Others Similarly Situated*,                       :

                          Plaintiff,     :

                      -against-       :

MAGIC SEASONING BLENDS, L.L.C.,     :

                        Defendant.    :
                                          :

------------------------------------------------------------------ X

1:22-cv-4426-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

      On August 31, 2022, the parties submitted a proposed consent decree for the Court's consideration. Dkt. No. 15.  The Court declines to endorse the parties' proposed consent decree. The Court does not have a basis upon which to conclude that the terms of the parties' private agreement are appropriate.  The Court is unwilling to convert a private agreement into a Court order without sufficient factual or legal support.  The Court appreciates that other courts have entered such decrees—perhaps without deep thought--when requested to do so in order to provide defendants with protection against other lawsuits involving similar allegations regarding their websites.

      To the extent that is the motivation for this request, defendant's desire for a degree of protection against future litigation does not by itself justify the entry of a consent decree.  The proposed consent decree contains proposed findings by the Court that do not have support in record evidence presented to the Court.  And the Court has no record upon which to evaluate the propriety of the terms of the proposed consent decree.  The Court declines to enter the requested injunctive relief on this scant record.  The Court takes no position regarding the terms of the parties' agreement.  However, they may not refer to it as a consent decree, because it has not been endorsed

by the Court.

     SO ORDERED.

Dated: September 1, 2022
     New York, New York

                                  GREGORY H. WOODS
                            United States District Judge