# MEMORANDUM ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/13/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

CRISTIAN SANCHEZ, Individually, and On Behalf of All Others Similarly Situated,

                          Plaintiff,

vs.

MAGIC SEASONING BLENDS, LLC

                          Defendant.

---------------------------------------------------------------x

Case No.: 1:22-cv-04426-GHW

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Cristian Sanchez hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice against defendant Magic Seasoning Blends, LLC

DATED: September 14, 2022

**MIZRAHI KROUB LLP**

      /s/ Edward Y. Kroub
      EDWARD Y. KROUB

EDWARD Y. KROUB
JARRETT S. CHARO
WILLIAM J. DOWNES
200 Vesey Street, 24th Floor
New York, NY  10281
Telephone:  212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com
jcharo@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*

The Plaintiff has stipulated to the dismissal of this action under F.R.C.P. 41 (a)(1)(A)(i).

SO ORDERED.

Dated: September 13, 2022
New York, New York

                _____
                GREGORY H. WOODS
                United States District Judge